Commonwealth *v.* Rembisz, Appellant.

Submitted April 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Joseph T. McGraw*, Public Defender, for appellant.

*Paul R. Mazzoni*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 29, 1971:
Petition for allowance of appeal having been improvidently granted, the above-captioned appeal is dismissed.